.71084

Peter H. Kirwan—Bar No.: 126658
NEEDHAM, DAVIS, KIRWAN & YOUNG LLP
1960 The Alameda, Suite 210
San Jose, CA 95126-1493
(408) 244-2166
(408) 244-7815

**E-filed 12/8/05**

Attorneys for Defendants
JAGJEET KAPOOR, DAVID VILLANUEVA, and INTEL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELBERT MADISON,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>PEDRO'S RESTAURANT, LP; PEDRO'S FOOD SYSTEMS, INC.; JAGJEET KAPOOR; DAVID VILLANUEVA; INTEL CORPORATION; and Does 1-25, Inclusive,<br><br>　　　Defendants. | No.  C04-3936 RMW/HRL<br><br>**STIPULATION OF DISMISSAL; ORDER** |

　　　The parties hereto stipulate as follows:

　　　The parties have reached a full and final settlement of all issues in this action.  A Consent Decree and Order was signed by the Court and entered on the record on July 8, 2005.

　　　Defendants have timely completed payment of plaintiff's recovery of damages and attorney's fees, litigation expenses and costs.

　　　Although the parties are hereby dismissing this action with prejudice, they agree that

{H:\WDOCS\5325\71084\pleading\00071639.DOC}　　　-1-
STIPULATION OF DISMISSAL; ORDER
C04-3936 RMW/HRL

.71084

1  the Court will retain jurisdiction over this action and the parties hereto in order to able to
2  enforce the terms of the Consent Decree and Order.
3      It is hereby stipulated by and between the parties to this action through their
4  designated counsel that this action be and hereby is dismissed with prejudice pursuant to
5  Federal Rules of Civil Procedure 41(a)(2), and the Court retains jurisdiction to enforce the
6  terms of the Consent Decree and Order.

7  Dated: November 18, 2005

                                NEEDHAM, DAVIS, KIRWAN & YOUNG, LLP

                                By: _____-S-_____
                                    PETER H. KIRWAN, ESQ.
                                    Attorneys for Defendants
                                    JAGJEET KAPOOR, DAVID
                                    VILLANUEVA, and INTEL CORPORATION

Dated: November 18, 2005

                                LAW OFFICES OF PAUL L. REIN

                                By: _____
                                    PAUL L. REIN, ESQ.
                                    Attorneys for Plaintiff
                                    ELBERT MADISON

    IT IS SO ORDERED:

Dated: __12/8/05_____     ___Jeremy Fogel /s/electronic signature authorized___
                                    DISTRICT JUDGE/MAGISTRATE

{H:\WDOCS\5325\71084\pleading\00071639.DOC}     -2-
STIPULATION OF DISMISSAL; ORDER
C04-3936 RMW/HRL